IN THE SUPREME COURT OF THE STATE OF NEVADA

KIM A. KNICKERBOCKER, AN
INDIVIDUAL,

               Appellant,

vs.

EXTRA SPACE STORAGE, INC.,

               Respondent.

No. 81884

FILED

APR 12 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Kenneth C. Cory, District Judge
       Janet Trost, Settlement Judge
       ER Injury Attorneys
       Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-10425